**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:07-cr-0081-RLH-PAL |
| vs. | ) | **O R D E R** |
| MICHAEL J. SABO, | ) | |
| Defendant. | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge Peggy A. Leen (#114, filed September 9, 2008), regarding Defendant's Motion to Dismiss Count 5 (#93), Motion to Dismiss Alleged Violations of 18 U.S.C. § 2, and Motion to Suppress Custodial Statements (#101). No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

////

////

////

1

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#114, entered September 9, 2008) is ACCEPTED and ADOPTED, and Defendant Sabo's Motion to Dismiss Count 5 (#93), Motion to Dismiss Alleged Violations of 18 U.S.C. § 2, and Motion to Suppress Custodial Statements (#101) are each denied.

Dated: September 24, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**

2