# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-cr-00081-RLH-PAL |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Return of Passport and For Transfer of Firearms Seized to Defense Counsel–#135) |
| MICHAEL J. SABO, | |
| Defendant. | |

Before the Court is Defendant Michael J. Sabo's **Motion for Return of Passport and For Transfer of Firearms Seized to Defense Counsel** (#135, filed July 14, 2011), and Plaintiff United States of America's Opposition (#136, filed July 18, 2011). Having reviewed both the motion and opposition, the Court finds that the motion should be granted.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Sabo's Motion for Return of Passport and For Transfer of Firearms Seized to Defense Counsel (#135) is GRANTED.

Dated: August 4, 2011

_____
ROGER L. HUNT
United States District Judge

AO 72
(Rev. 8/82)